1  DAVID J. BERGER, State Bar No. 147647 [dberger@wsgr.com]
   COLLEEN BAL, State Bar No. 167637 [cbal@wsgr.com]
2  BRIAN G. MENDONCA, State Bar No. 209728 [bmendonca@wsgr.com]
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Plaintiff
   NetSuite, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETSUITE, INC., | ) | CASE NO.: 06-CV-03779 MMC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| v. | ) | |
| NETRETURN PTY LIMITED, | ) | |
| Defendant. | ) | |

Notice is hereby given that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff NetSuite, Inc. ("NetSuite") hereby voluntarily dismisses its complaint without prejudice against NetReturn PTY Limited ("NetReturn"). To date, NetSuite has not served the complaint on NetReturn, and NetReturn has not served an answer on NetSuite. Accordingly, such action may be dismissed without an order of court.

Respectfully submitted,

Date: July 19, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Colleen Bal
    Colleen Bal

Attorneys for Plaintiff
NETSUITE, INC.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]

NOTICE OF VOLUNTARY DISMISSAL                              -1-                              PALIB1_2917835_1.DOC